UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: TERESA MURPHY | 25-cv-3105 (LLS) |
| | 25-cv-3122 (LLS) |
| | CIVIL JUDGMENT |

For the reasons stated in the September 30, 2025, order, the Court dismisses Murphy II, No. 25-CV-3105, and Murphy III, No. 25-CV-3122, without prejudice as duplicative of Murphy I, 25-CV-1950. The Court denies without prejudice the motion for emergency relief in Murphy III, No. 25-CV-3122

SO ORDERED.

Dated:   September 30, 2025
         New York, New York

                                    /s/ Louis L. Stanton
                                    LOUIS L. STANTON
                                    United States District Judge